FILED
June 21, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003581339

Stacie Lynn Power CBN 275055
Law Offices of Stacie L. Power
12413 Kibbie Lake Way
Rancho Cordova, California 95472-7717
(916) 353-1228
(888) 790-2216 Fax
Stacie@stacielpowerlaw.com

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:                                              ) BK Case No. 11-31292
                                                    )
Pavel Lashchuk and Svetlana Lashchuk,               ) Chapter 7
                                                    )
    Debtors,                                        ) DCN No. SLP-001
                                                    )
                                                    ) **MOTION TO ABANDON PROPERTY**
                                                    )
                                                    ) Date:  July 26, 2011
                                                    ) Time:  9:32 a.m.
                                                    ) Place: 501 I St
                                                    )        Sacramento, CA 95814
                                                    )
                                                    ) Judge: Hon. Thomas Holman

## MOTION TO ABANDON PROPERTY

Pavel and Svetlana, ("Debtors"), the debtors in this case, pursuant to 11 U.S.C. § 554 (a) and Bankruptcy Rule 6007, respectfully represents:

1.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1134 and § 157 (a). On May 5, 2011, Debtors filed a petition under Chapter 7 and David Gravell ("Trustee") was appointed as Trustee. On June 14, 2011, the 341 Meeting of Creditors was commenced.

2.  Among the assets which constitute property of the estate is Debtor Svetlana Lashchuk's household cleaning business Lana's Housecleaning. ("Debtor's Business").

Motion to Abandon Property - 1

3. Debtor's Business listed above, taking into account any and all assets, liabilities ability to be sold and other relevant factors, has no value for the benefit of the estate.

THEREFORE, the Debtors request that the Court examine the facts and circumstances in connection with this matter, and authorize the Trustee to abandon the above-described Debtor's Business back to the debtors on the grounds it is burdensome and of inconsequential value to the estate, and for such other and further relief as the Court may deem just and proper.

DATED: June 21, 2011

Respectfully submitted,

/s/Stacie L. Power

Stacie L. Power (CSB #275055)
Law Offices of Stacie Power
Attorneys for Debtors